**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| EBONY GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:25-cv-00979-ACL |
| CALERES, INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Self-represented Plaintiff Ebony Griffin filed this employment discrimination action against her prior employer, Caleres, Inc. At case initiation, along with her complaint, Plaintiff filed a motion for leave to proceed *in forma pauperis*. ECF No. 2. This motion is not on a Court form and does not contain the required financial information. Under the Local Rules of this Court: "An application to proceed in forma pauperis shall be accompanied by a statement of the applicant's financial information set forth on a form provided by the Court." E.D. Mo. L.R. 2.05(A). Additionally, the federal statute governing *in forma pauperis* actions, 28 U.S.C. § 1915, requires the applicant to submit "an affidavit that includes a statement of all assets such [plaintiff] possesses." 28 U.S.C. § 1915(a)(1). As such, the Clerk of Court will be directed to send Plaintiff the appropriate Court form and Plaintiff will have fourteen (14) days to file a new, complete motion on the Court-provided form. Plaintiff is warned that failure to do so could result in the dismissal of this case.

In addition, Plaintiff recently filed a motion for an extension of time regarding the magistrate judge consent form. ECF No. 4. For just cause shown, this motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to mail to Plaintiff a blank copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff shall fully complete and submit the Application to Proceed Without Prepaying Fees or Costs within fourteen (14) days of the date of this Order.

**IT IS FINALLY ORDERED** that Plaintiff's motion for an extension of time to respond to the magistrate judge consent form [ECF No. 4] is **GRANTED.** Plaintiff has until August 11, 2025, to consent to, or opt out of, magistrate judge jurisdiction.

**Plaintiff's failure to timely comply with this Order could result in the dismissal of this action, without prejudice and without further notice.**

Dated this   25th   day of July, 2025.

_Abbie Crites-Leoni_
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

2